IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION § | | C.A. No. 2:23-cv-00102 |
| OF PENINSULA MARINE, INC. AS § | | |
| OWNER OF THE CAPTAIN TKJ, ITS § | | In Admiralty Pursuant to Rule 9(h) |
| ENGINES, GEAR, TACKLE, ETC. IN A § | | |
| CAUSE FOR EXONERATION FROM OR § | | |
| LIMITATION OF LIABILITY § | | |

**MOTION TO APPROVE ORDER OF LIMITATION AND
PETITIONERS' STIPULATION OF VALUE,
DIRECT THE ISSUANCE OF NOTICE,
AND RESTRAIN THE PROSECUTION OF CLAIMS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Petitioner, Peninsula Marine Services, Inc. ("Peninsula Marine") as owner of the Tug CAPTAIN TKJ, after having filed a Complaint in this Court seeking exoneration from or limitation of liability pursuant to Rule F of the Supplemental Rules of Admiralty of Maritime Claims contained in the Federal Rules of Civil Procedure, 46 U.S.C. §§ 30501-30512, would respectfully show unto this Honorable Court as follows:

**I.**

Peninsula Marine now moves this court to (1) issue a Notice out of and under the seal of this Court against all persons claiming damage for any and all losses, injuries, or death, and/or damage or destruction arising out of or occurring by reason of the subject incident as described in said Complaint; (2) order that Public Notice given as required by Rule F(4) of the Supplemental Rules of Admiralty or Maritime Claims contained in the Federal Rules of Civil Procedure; (3) issue a Monition restraining and enjoining all claims and proceedings against the Tug CAPTAIN TKJ and/or Peninsula Marine, arising out of the voyage as set forth in the Complaint, in any court whatsoever, except in this proceeding for exoneration or limitation; and

(4) issue the proposed Order for Amended *Ad Interim* Stipulation of Value, attached to this Motion.

Respectfully submitted this 17th day of April, 2023.

                       Respectfully submitted,

                       **SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC**

                       */s/ Susan Noe Wilson*
                       **SUSAN NOE WILSON**
                       Texas Bar No. 15055025
                       S.D. Tex. ID No. 15092
                       snoewilson@sbsb-eastham.com
                       1001 McKinney, Suite 1400
                       Houston, Texas 77002
                       Telephone: (713) 588-0446
                       Facsimile: (713) 574-2942
                       *Attorney in Charge for Petitioner*
                       *Peninsula Marine, Inc.*

OF COUNSEL

**SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM PLLC**

**MICHAEL W. HOGUE**
Texas Bar No. 09809800
S.D. Tex. ID No. 8442
mhogue@sbsb-eastham.com
**CARRA MILLER**
Texas Bar No. 24103937
S.D. Tex. ID No. 3162385
cmiller@sbsb-eastham.com
1001 McKinney, Suite 1400
Houston, Texas 77002 *
Telephone: (713) 588-0446
Facsimile: (713) 574-2942

* *Temporary mailing address for Carra Miller.*