**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **IN RE THE COMPLAINT AND PETITION** | § | **C.A. No.  2:23-cv-00102** |
| **OF PENINSULA MARINE, INC. AS** | § | |
| **OWNER OF THE CAPTAIN TKJ, ITS** | § | **In Admiralty Pursuant to Rule 9(h)** |
| **ENGINES, GEAR, TACKLE, ETC. IN A** | § | |
| **CAUSE FOR EXONERATION FROM OR** | § | |
| **LIMITATION OF LIABILITY** | § | |

## AGREED FINAL JUDGMENT

This Agreed Final Judgment is issued by this Honorable Court at Petitioner's request and with the agreement of the parties pursuant to Federal Rule of Civil Procedure 41(a) (2), dismissing this matter with prejudice.

WHEREAS Peninsula Marine, Inc. ("Peninsula Marine") at all times pertinent hereto was the owner of the Tug CAPTAIN TKJ, United States Coast Guard Official Documentation Number 628953.

WHEREAS on or about July 18, 2022, Mr. Howard Hall was working aboard the Tug CAPTAIN TKJ offshore of Nueces County, Texas and allegedly sustained injuries to his shoulder and "other parts of his body."

WHEREAS on or about April 17, 2023, Peninsula Marine filed its Verified Complaint and Petition for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501 et. Seq. (the "Limitation of Liability Act") (Dkt. 1).

WHEREAS on or about April 28, 2023, this Honorable Court issued its "Order Directing Claimants to File and Make Proof of Claim, Directing the Issuance of Notice and Restraining the Prosecution of Claims." (Dkt. 5) In said Order this Honorable Court:

1) Ordered that a Monition issue out of and under seal of the Honorable Court against

any and all persons claiming damages for any and all loss of, personal injury, or destruction, damage or loss occasioned by or resulting from the alleged happenings and occurrences on or about July 18, 2022, as alleged in the Complaint (Dkt. 1), citing them to file their respective claims;

2) Ordered in accordance with Rules F(4) and F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, that Notice shall issue out of and under seal of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation admonishing them to file their respective claims, in writing, with the Clerk of this Court and serve a copy on attorneys for complainants on or before July 26, 2023, at 10:00 o'clock A.M;

3) Ordered that the Notice be published by counsel for Petitioner in The Coastal Bend Daily Legal & Business News, a newspaper of general circulation in Corpus Christi, Texas once each week for four consecutive weeks prior to the date fixed for the filing of claims;

4) Ordered that the beginning or prosecution of any and all suits, actions or legal proceedings against or involving Petitioner, its insurers or underwriter, or the CAPTAIN TKJ, its insurers and underwriters, masters and crew of any claims arising out of or consequent upon or connected with any loss, damage, death, injury or destruction resulting from the matter referred to in the Complaint be, and they are hereby prohibited, stayed, and restrained until the hearing and determination of this proceeding; and

5) Ordered that service of this restraining order be made by Petitioner by mailing a duly certified copy thereof to prospective claimants by United States mail, registered or certified, with first class postage prepaid.

WHEREAS on or about April 28, 2023 This Honorable Court issued its Monition citing

all persons claiming damages for any loss of life, personal injury, destruction, property damage or loss, to appear before this Honorable Court and make due proof of their respective claims and answer the allegations in the said Complaint, or be forever barred and permanently enjoined from making and filing any such claims, and further citing them to file their respective claims with the Clerk of this Honorable Court and to serve on or mail a copy thereof to the attorneys for Petitioners on or before July 17, 2023. (Dkt. 6).

WHEREAS on or about April 28, 2023, the "Notice of Action Brought for Exoneration from or Limitation of Liability" was issued from this Honorable Court. (Dkt. 7)

WHEREAS on or about May 11, 2023, Claimant Howard Hall filed his answer, affirmative defenses and claims in response to petitioner Peninsula Marine's Complaint for Exoneration from or Limitation of Liability. (Dkt. 10)

WHEREAS on or about June 1, 2023 Petitioner filed its Answer and Affirmative Defenses to the Claim of Howard Hall. (Dkt. 12)

WHEREAS on or about July 20, 2023, TTL, Inc d/b/a TTL Consulting LLC ("TTL") filed its Original Answer and Claim to Peninsula Marine's Complaint for Exoneration from or Limitation of Liability. (Dkt. 19)

WHEREAS on or about July 26, 2023, Principle Industrial Services, LLC ("Principle") filed its Original Answer and Claim to Peninsula Marine's Complaint for Exoneration from or Limitation of Liability. (Dkt. 22)

WHEREAS on or about August 9, 2023, Petitioner filed its Answer and Affirmative

Defenses to the Original Answer and Claim of TTL to Peninsula Marine's Complaint for Exoneration from or Limitation of Liability. (Dkt. 24)

WHEREAS on or about August 9, 2023, Petitioner filed its Answer and Affirmative Defenses to the Original Answer and Claim of Principle to Peninsula Marine's Complaint for Exoneration from or Limitation of Liability. (Dkt. 25)

WHEREAS on or about August 9, 2023, Petitioner filed its Crossclaim against Claimants TTL and Principle. (Dkt. 26)

WHEREAS on or about September 13, 2023, Principle filed its Original Answer to Petitioner's Crossclaim. (Dkt. 29)

WHEREAS on or about January 5, 2024, Claimant, Howard Hall, filed his Advisory of Settlement, advising this Honorable Court that all of Claimant Hall's claims against Petitioner had been settled. (Dkt. 34)

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1) This matter is hereby Dismissed with Prejudice.

2) This Honorable Court finds that proper notice to any prospective claimants of the Limitation Action was given pursuant to Fed. R. CIV. P. SUPP. A.M.C. Rule F(4). Any and all claims, including those of TTL and Principle, not filed by July 17, 2023 are hereby in Default and are barred and/or dismissed with prejudice from asserting any claim(s) against Petitioner which relates to or arises from the subject matter of the

Limitation Action. Notwithstanding the foregoing, pursuant to the parties' agreement, this judgment does not encompass, apply to, or bar any contractual claims Principle may have against Peninsula Marine or its insurers for indemnity or relating to additional insured status arising out of the injuries of Mr. Howard Hall or any related litigation as such claims are not subject to this limitation proceeding pursuant to the personal contracts doctrine.

*S & E Shipping Corp. v. Chesapeake & O Ry. Co*., 678 F.2d 636 (6th Cir. 1982); *In re Freedom Unlimited*, 489 F.Supp.3d 1328, 1338 (S.D. Fla. 2020)

All court costs and attorney's fees should be taxed against the party incurring the same.

Therefore, let execution issue for this judgment.

All relief not expressly granted by this judgment is denied.

SIGNED this the _____ day of _____, 2024.


_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**


SCHQUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC

*[signature]*

**SUSAN NOE WILSON**
Texas Bar No. 15055025
S.D. Tex. ID No. 15092
snoewilson@sbsb-eastham.com
**MICHAEL W. HOGUE**
Texas Bar No. 09809800
S.D. Tex. ID No. 8442
mhogue@sbsb-eastham.com
**CARRA MILLER**
Texas Bar No. 24103937
S.D. Tex. ID No. 3162385
cmiller@sbsb-eastham.com
1001 McKinney, Suite 1400
Houston, Texas 77002 *
Telephone: (713) 588-0446
Facsimile: (713) 574-2942
**ATTORNEYS FOR PETITIONER,**
**PENINSULA MARINE, INC.,**
**AS OWNER OF THE M/V CAPTAIN TKJ**


* *Temporary mailing address for Carra Miller.*


ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:   */s/ James M. Thompson*
        James M. Thompson
        State Bar No. 24013629
        Jim.thompson@roystonlaw.com
        Blake E. Bachtel
        State Bar No. 24116055
        Blake.bachtel@roystonlaw.com
        1600 Smith Street, Suite 5000
        Houston, Texas 77002
        Telephone: (713) 224-8380
        Facsimile: (713) 225-9945

**ATTORNEYS FOR DEFENDANT,**
**TTL, INC D/B/A TTL CONSULTING, INC.**

**DAW & RAY, LLP**

By:      /s/ *Kyle D. Giacco*
Kyle D. Giacco
State Bar No. 07839150
Federal Bar No. 15058
Email: kgiacco@dawray.com
5718 Westheimer Road, Suite 1400
Houston, Texas 77057
Telephone.: (713) 266-3121
Facsimile: (713) 266-3188

**ATTORNEY FOR CLAIMANT & CROSSCLAIM
DEFENDANT PRINCIPLE INDUSTRIAL SERVICES, LLC**

**ARNOLD & ITKIN LLP**

/s/ *Alec J. Paradowski*
Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
Alec J. Paradowski
SBN: 24124773
aparadowski@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR CLAIMANT
HOWARD HALL**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document has been served via the Court's Case Management/Electronic Case Filing ("CM/ECF" system) upon all counsel of record and in accordance with the Federal Rules of Civil Procedure, on this 11th day of March, 2023.

_____
**SUSAN NOE WILSON**